**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
MISSISSIPPI, OXFORD DIVISION**

**KENNY MARCELL EWING and wife
MILDRED EWING**                                                                      **PLAINTIFFS**

   **vs.**                                                                                      **No:3:17-CV-026-NBB-RP**

**ITAWAMBA COUNTY, MISSISSIPPI;
CHRIS DICKINSON, et al**                                                 **DEFENDANTS**

---

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

---

The parties represent to the Court their agreed resolution of this matter and as a result also submit this agreed stipulation of dismissal with prejudice of this cause. The parties acknowledge the jurisdiction of the Court remains, if needed, to enforce any terms of the agreed resolution of this cause. The parties also agree to a dismissal of this cause with prejudice.

Respectfully Submitted this the 8th day of March, 2018.

                                                                        All Defendants
                                                                        By: /s/ *Katherine S. Kerby*
                                                                        Katherine S. Kerby, MSB # 3584

AGREED:
KENNY MARCELL EWING and wife
MILDRED EWING, Plaintiffs
 By: /s/ *Taylor Buntin ,* MSB#7525
Bridgforth & Buntin, PLLC
Attorneys for Plaintiffs
5293 Getwell Rd.
Southaven, MS 38672
662-393-4450
taylor@bridgforthbuntin.com
(Electronic signature of Taylor Buntin applied with his express permission)

OF COUNSEL FOR ALL DEFENDANTS:
Kerby Law Firm, LLC.
Post Office Box 551
Columbus, MS 39703
Phone: 662-889-3733
e mail: ksearcyk@bellsouth.net
Fax: 662-328-8247

## CERTIFICATE OF SERVICE

I, Katherine S. Kerby, attorney of record for all Defendants do certify that I have this day caused to be filed the Unopposed Stipulation of Dismissal with Prejudice on all Counsel of Record for all parties of record by filing same with the Clerk of the Court using the ECF System which transmitted notice of filing via the ECF system to the following:

Taylor Buntin, Counsel for Plaintiffs

taylor@bridgeforthbuntion.com

SO CERTIFIED, this the 8th day of March, 2018.

 s/ *Katherine S. Kerby*  
 Katherine S. Kerby, MSB # 3584